IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Amy McClellan, Robert VanWagner : <br>
and The Crossing Legacy Foundation, : <br>
           Appellants : <br>
              : <br>
        v.         :     No. 1036 C.D. 2016 <br>
              : <br>
Zoning Hearing Board of : <br>
Upper Makefield Township : <br>

# **O R D E R**

NOW, July 11, 2017, having considered appellants' application for reargument/reconsideration and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT, <br>
President Judge
